Motion Granted; Appeal Dismissed and Memorandum
Opinion filed June 14, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00470-CV

____________

 

ASSAD BOULOS, Appellant

 

V.

 

ESPERSON BUILDINGS, LLC AND ESPERSON BUILDINGS II, LLC,
Appellees

 



 

On Appeal from the 333rd District Court

Harris County, Texas

Trial Court Cause No. 2009-16870

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 19, 2010.  On June 6, 2011, the
parties filed a joint motion to dismiss the appeal.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices
Frost, Jamison, and McCally.